## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **OFFSHORE GROUP INVESTMENT LIMITED, et al,** | § | **Case No. 15-12422 (BLS)** |
| | § | |
| | § | |
| Debtors[1]. | § | **Jointly Administered** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION BY <u>HSIN CHI SU AND F3 CAPITAL</u>

### <u>Part 1: Identify the appellant(s)</u>

1. Name(s) of appellant(s):
   **HSIN CHI SU AND F3 CAPITAL**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

❑ Plaintiff
❑ Defendant
❑ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

❑ Debtor
❑ Creditor
❑ Trustee
☒ Other (describe)  <u>Party In Interest</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holding Company, Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co. The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from: Oral Order of the

Honorable Brendan L. Shannon denying standing to HSIN CHI SU AND F3 Capital.


2.  State the date on which the judgment, order, or decree was entered:  The Order

was entered on the Court record on January 14, 2016.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names,
addresses, and telephone numbers of their attorneys

| | |
|---|---|
| DEBTORS:<br>Offshore Group Investment Limited;<br>Vantage Delaware Holdings, LLC;<br>Dragonquest Holding Company,<br>Emerald Driller Company;<br>P2020 Rig Co.; P2021 Rig Co.;<br>PT. Vantage Drilling Company<br>Indonesia;<br>Sapphire Driller Company;<br>Vantage Deepwater Company;<br>Vantage Deepwater Drilling, Inc.<br>(3668);<br>Vantage Driller I Co;<br>Vantage Driller II Co;<br>Vantage Driller III Co;<br>Vantage Driller IV Co.;<br>Vantage Driller VI Co.;<br>Vantage Driller ROCO S.R.L.;<br>Vantage Drilling Africa;<br>Vantage Drilling (Malaysia) I Sdn.<br>Bhd.;<br>Vantage Drilling Labuan I Ltd.;<br>Vantage Drilling Netherlands B.V.;<br>Vantage Holding Hungary Kft.;<br>Vantage Holdings Cyprus ODC<br>Limited;<br>Vantage Holdings Malaysia I Co; and<br>Vantage International Management<br>Co. | Mark D. Collins,<br><br>Daniel J. Defranceschi<br><br>Zachary I. Shapiro<br><br>Richards, Layton & Finger, P.A.<br><br>One Rodney Square<br><br>920 North King Street,<br><br>Wilmington, Delaware 19801<br><br>Telephone: (302) 651-7700<br><br>Facsimile: (302) 651-7701-<br><br>Ray C. Schrock<br><br>Ronit J. Berkovich<br><br>Edward McCarthy<br><br>Gabriel A. Morgan<br><br>Weil, Gotshal & Manges LLP<br><br>767 Fifth Avenue<br><br>New York, NY 10153-0119<br><br>Telephone: (212) 310-8000<br><br>Facsimile: (212) 310-8007 |

| | |
|---|---|
| Wells Fargo Bank, National Association | Andrew I. Silfen<br><br>Arent Fox LLP<br><br>1675 Broadway<br><br>New York, NY 10019<br><br>Telephone: (212) 484-3903<br><br>Facsimile: (212) 484-3990 |
| | |
| Ad Hoc Committee | Robert J. Dehney<br><br>Morris, Nichols, Arsht & Tunnell<br><br>1201 North Market Street, 16th Floor<br><br>P.O. Box 1347<br><br>Wilmington, DE 19899-1347<br><br>Telephone: (302) 658-9200<br><br>Facsimile: (302) 425-4673<br><br>- and -<br>Dennis F. Dunne<br><br>Evan Fleck<br><br>Milbank, Tweed, Hadley & McCloy LLP<br><br>28 Liberty Street<br><br>New York, NY 10005-1413<br><br>Telephone: (212)530-5000<br><br>Facsimile: (212) 530-5219 |

| Hsin Chi Su and F3 Capital | Rachel B. Mersky |
|---|---|
| | Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 656-8162<br>Facsimile: (302) 656-2769<br>-   and  -<br>Deirdre Carey Brown<br><br>Hoover Slovacek LLP<br><br>5051 Westheimer, Suite 1200<br><br>Houston, Texas 77056<br><br>Telephone: (713) 977-8686<br><br>Facsimile: (713) 977-5395 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____

MONZACK MERSKY MCLAUGHLIN AND
BROWDER, P.A.

By: */s/Rachel B. Mersky*
RACHEL B. MERSKY (DE Bar No. 2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: rmersky@monlaw.com
HOOVER SLOVACEK LLP

By: */s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN
State Bar No. 24049116
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713-977-8686
Facsimile:  713-977-5395
Email: brown@hooverslovacek.com
*Pro Hac Vice Pending*
**ATTORNEYS FOR HSIN CHI SU AND F3
CAPITAL**

Dated: January 28, 2016