# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Offshore Group Investment Ltd., et al. | : | |
| Debtor. | : | |
| | : | |
| Hsin Chi Su and F3 Captial | : | |
| Appellants, | : | |
| v. | : | C. A. No. 16-47-GMS |
| | : | BAP No. 16-4 |
| Offshore Group Investment, | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| Offshore Group Investment Ltd., et al. | : | |
| Debtor. | : | |
| | : | |
| Hsin Chi Su and F3 Captial | : | |
| Appellants, | : | |
| v. | : | C. A. No. 16-48-GMS |
| | : | BAP No. 16-5 |
| Offshore Group Investment, | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **5th** day of **April, 2016**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated

September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in these cases are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The Reorganized Debtors requested the following brief schedule for these appeals: appellants opening brief(s) filed 30 days from the court's entry of an order scheduling briefing; the Reorganized Debtors answering brief(s) filed 30 days after the filing of appellants' opening brief; and appellants' reply brief(s) filed 14 days after the filing of the Reorganized Debtors' brief. The proposed briefing schedule was not opposed by appellants.

The Reorganized Debtors request that the Court consolidate briefing in the 16-47-GMS and 16-48-GMS matters, which appellants oppose. Appellants suggest that the standing issue should be decided first since it will affect the appeal of the confirmation order.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), in both matters 16-47-GMS and 16-48-GMS be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 through this Recommendation.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE