IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OFFSHORE GROUP INVESTMENT LTD., ET AL | : | |
| | : | |
| Debtor. | : | |
| | | C.A. No. 16-47 GMS |
| HSIN CHI SU AND F3 CAPITAL | : | BAP No. 16-4 |
| Appellants, | : | |
| v. | : | |
| OFFSHORE GROUP INVESTMENT, | : | |
| | : | |
| Appellee. | | |
| | : | |

| | | |
|---|---|---|
| OFFSHORE GROUP INVESTMENT LTD., ET AL | : | |
| | : | |
| Debtor. | : | |
| | | C.A. No. 16-48 GMS |
| HSIN CHI SU AND F3 CAPITAL | : | |
| Appellants, | : | BAP No. 16-5 |
| v. | : | |
| OFFSHORE GROUP INVESTMENT, | : | |
| | : | |
| Appellee. | | |
| | : | |

ORDER

At Wilmington this 5th day of April, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 7);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **May 5, 2016.**

_____
UNITED STATES DISTRICT JUDGE