| | |
|---|---|
| **HOOVER SLOVACEK LLP** | **MILBANK, TWEED,** |
| | **HADLEY & MᶜCLOY LLP** |
| GALLERIA TOWER II | |
| 5051 WESTHEIMER, SUITE 1200 | 28 LIBERTY STREET |
| HOUSTON, TEXAS 77056 | NEW YORK, N.Y. 10005-1413 |
| 713-977-8686 | 212-530-5000 |
| FAX: 713-977-5395 | FAX: 212-530-5219 |
| DEIRDRE CAREY BROWN | ALEXANDER LEES |
| Of Counsel | Special Counsel |
| Direct Dial Number | Direct Dial Number |
| 713-977-8686 | 212-530-5161 |
| E-Mail: brown@hooverslovacek.com | E-Mail: ALees@milbank.com |

October 8, 2018

**VIA ECF AND HAND DELIVERY**

Hon. Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

Re:   *Hsin Chi Su v. Offshore Group Investment Ltd.*,
        Case Nos. 16-cv-0047 and 16-cv-0048

Dear Judge Noreika:

In accordance with the Court's order of October 3 (D.I. 19), the parties submit this joint status letter.

This proceeding is a consolidation of two appeals arising from the chapter 11 bankruptcy cases of Offshore Group Investment Limited (now known as Vantage Drilling International) and its debtor affiliates (the "Debtors"). Hsin Chu Su and F3 Capital ("Appellants") sought to challenge confirmation of the Debtors' plan of reorganization, but the bankruptcy court ruled that they lacked standing. The first appeal was from that ruling. *See* Case No. 16-cv-0047. The bankruptcy court confirmed the Debtors' plan on January 15, 2016. The second appeal was from the order of confirmation. *See* Case No. 16-cv-0048. Judge Sleet ordered the appeals to be consolidated for all purposes and all future filings to be made only in case number 16-cv-0047.

Appellants filed their opening brief on July 21, 2016 (D.I. 15). The Debtors filed their opposition brief on August 22, 2016 (D.I. 16). Appellants filed their reply brief on September 6, 2016 (D.I. 18). There have been no further submissions or litigation since that time. All briefing is complete and the appeals are under advisement.

Hon. Maryellen Noreika
October 8, 2018
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ *Rachel B. Mersky* | /s/ *Zachary I. Shapiro* |
| Rachel B. Mersky (DE 2049) | Daniel J. DeFranceschi (DE 2732) |
| **MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.** | Zachary I. Shapiro (DE 5103) |
| | **RICHARDS, LAYTON & FINGER, P.A.** |
| 1201 N. Orange Street, Suite 400 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 656-8162 | Wilmington, DE 19801 |
| rmersky@monlaw.com | (302) 651-7700 |
| | defranceschi@rlf.com |
| | shapiro@rlf.com |
| -and- | |
| | -and- |
| Deirdre Carey Brown | |
| **HOOVER SLOVACEK LLP** | Alexander B. Lees |
| Galleria Tower II | Antonia M. Apps |
| 5051 Westheimer, Suite 1200 | **MILBANK, TWEED, HADLEY & MCCLOY LLP** |
| Houston, TX 77056 | 28 Liberty Street |
| (713) 977-8686 | New York, NY 10005 |
| brown@hooverslovacek.com | (212) 530-5000 |
| | alees@milbank.com |
| | aapps@milbank.com |
| *Attorneys for Appellants Hsin Chi Su and F3 Capital* | |
| | *Attorneys for Appellees Offshore Group Investment Limited, et al.* |